# HACH ROSE SCHIRRIPA & CHEVERIE LLP
ATTORNEYS AT LAW

**MEMO ENDORSED**

March 20, 2014

**VIA ECF and FACSIMILE to (212) 805-7900**

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/14
```

      Re:   *In re: Penthouse Opt-Out Litigation*,
              No. 13 Civ. 7362 (KMW)

Dear Judge Wood:

    We, along with Friedman Harfenist Kraut & Perlstein LLP, represent plaintiffs Leslie Liwanag, Nicki Mpogiatzis, Kayla Atkins, Chelsea Rogers, Linda Coyle, Christina Sanchez, Heather Stonehill, Nadene Grey, Sarah Ladner, Colin Darrow, Stephine Gavegnano, and Christine O'Malley in the above-referenced matter. Together, with counsel for defendants and counsel for plaintiff Marsha Chalmers, we write to apprise the Court of the status of the litigation.

    Yesterday, on March 19, 2014, counsel for the parties mediated this matter before Martin F. Scheinman, Esq. While we were unable to reach a resolution during our first mediation session, counsel for the parties recognized that an additional limited document exchange would be necessary in order to continue our good faith settlement discussions. Counsel for defendants have agreed to provide additional specific documents, beyond the 14,700 pages that defendants have already produced, over the next two (2) weeks and to schedule another mediation session with Mr. Scheinman following plaintiffs' counsel's review of defendants' supplemental document production. We will notify the Court of the date upon which the mediation will reconvene.

    We respectfully request that the dates in the applicable scheduling order and discovery schedule be adjourned pending the next mediation session. As such, unless the Court deems otherwise, we respectfully request that the status conference currently scheduled for March 27, 2014 at 10:30 a.m. be adjourned until after the next mediation session.

*Granted*
*KMW*

Thank you.

*A status letter is due 6 days after the next mediation session.*

                                    Respectfully,          3/24/14
                                                   SO ORDERED, N.Y., N.Y.

                                  Frank R. Schirripa       **KIMBA M. WOOD**
                                                                **U.S.D.J.**

FRS/mm