```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re PENTHOUSE EXECUTIVE CLUB
OPT-OUT LITIGATION

13 Civ. 7362 (KMW)
ORDER

------------------------------------------------------------X

KIMBA M. WOOD, U.S.D.J.:

On March 20, 2014, the parties notified the Court that they had participated in a mediation in this matter. *See* Dkt. No. 24. After the mediation session, Defendants agreed to produce additional documents over the following two weeks and to schedule another mediation session after Plaintiffs had reviewed the supplemental document production. *See id.* The Court ordered the parties to send a status letter six days after the next mediation session. *See* Dkt. No. 25. The Court hereby amends that order to add that the parties must send a status letter no later than June 1, 2014.

SO ORDERED.

Dated: New York, New York
       May 27, 2014

*(signature)*
Kimba M. Wood
United States District Judge